[No. 3191-8-III.   Division Three.   May 15, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY DIMMER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00233-7, Walter A. Stauffacher, J., entered November 15, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 3167-5-III.   Division Three.   May 15, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY DIMMER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00243-4, Carl L. Loy, J., entered October 27, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 3330-9-III.   Division Three.   May 15, 1980.]

WILEY GENE ANDERSON, ET AL, *Appellants,* v. CHELAN COUNTY BOARD OF ADJUSTMENT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 32642, Charles W. Cone, J., entered February 21, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.